UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No. 1:19-CV-00294-CCE-JLW

| | |
|---|---|
| ELIZABETH V. FORTSON. | )<br>) |
| Plaintiff, | )<br>) |
| v. | )<br>) Judge Catherine C. Eagles<br>) Magistrate Judge Joe L. Webster |
| GARRISON PROPERTY AND<br>CASUALTY INSURANCE COMPANY, | )<br>)<br>) |
| Defendant. | )<br>) |

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

TO THE PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Defendant Garrison Property and Casualty Insurance Company hereby moves the Court, pursuant to Federal Rule of Civil Procedure 56, for summary judgment on all claims.

Pursuant to the Court's Order at Dkt. 74, Defendant's memorandum of law in support of this motion will be served by email on Plaintiff. An unredacted copy will be emailed to the Court's case manager within two business days. *See* Dkt. 74 at 5.

Dated: July 30, 2021

BROOKS, PIERCE, McLENDON,
HUMPHREY & LEONARD, LLP

By: */s/ Reid L. Phillips*

Reid L. Phillips
N.C. Bar No. 7968
rphillips@brookspierce.com
Kimberly M. Marston
N.C. Bar No. 46231
kmarston@brookspierce.com
Matthew B. Tynan
N.C. Bar No. 47181
mtynan@brookspierce.com
BROOKS, PIERCE, McLENDON,
HUMPHREY & LEONARD, LLP
P.O. Box 26000
Greensboro, NC 27420
Telephone: 336-373-8850
Facsimile: 336-378-1001

BAKER & HOSTETLER LLP

By: */s/ Rodger L. Eckelberry*
Rodger L. Eckelberry (Ohio 0071207)
reckelberry@bakerlaw.com
Albert G. Lin (Ohio 0076888)
alin@bakerlaw.com
Mathew G. Drocton (Ohio 0093742)
mdrocton@bakerlaw.com
Andrea C. Wiltrout (Ohio 0098288)
awiltrout@bakerlaw.com
Kevin P. Zimmerman (Illinois 6321790)
kzimmerman@bakerlaw.com
BAKER & HOSTETLER LLP
200 Civic Center Dr., Ste. 1200
Columbus, OH 43215
Telephone: 614-228-1548
Facsimile: 614-462-2616

*Attorneys for Defendant Garrison Property and Casualty Insurance Company*

# CERTIFICATE OF SERVICE

I hereby certify that on July 30, 2021, the foregoing document filed was electronically filed via the Court's Electronic Filing System, which sends notification of the filing to all counsel of record registered for this case.

*/s/ Rodger L. Eckelberry*
Rodger L. Eckelberry

*Attorney for Defendant Garrison Property and Casualty Insurance Company*
