FILED: March 22, 2022

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-1192
(1:19-cv-00294-CCE-JLW)

_____

ELIZABETH V. FORTSON

        Plaintiff - Appellant

v.

GARRISON PROPERTY AND CASUALTY INSURANCE COMPANY

        Defendant - Appellee

_____

O R D E R

_____

Upon consideration of the motion to voluntarily dismiss this case pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure, and there appearing no opposition, the court grants the motion.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk